# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6638-GW(VBKx) | Date | February 24, 2011 |
|---|---|---|---|
| Title | *Cambridge Lane, LLC v. J-M Manufacturing Company, Inc., et al.* | | |

Present: The Honorable  **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David M. Birka-White | Bryan D. Daly |
| Stephen Oroza | Sascha Henry |

**PROCEEDINGS:** DEFENDANT J-M MANUFACTURING COMPANY, INC.'S MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT (filed 01/13/11)

DEFENDANT J-M MANUFACTURING COMPANY, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. RULES CIV. PROC. 12(b)(1) AND (6) (filed 01/13/11)

Court hears further oral argument.  For reasons indicated on the record, Defendant J-M Manufacturing Company, Inc.'s Motion to Strike Portions of First Amended Complaint and Defendant J-M Manufacturing Company, Inc.'s Motion to Dismiss First Amended Complaint Pursuant to Fed. Rules Civ. Proc. 12(b)(1) and (6), are **granted with leave to amend.**

Plaintiffs' will have until March 16, 2011 to **manually** file the Second Amended Complaint.

The following briefing schedule is set:

| | |
|---|---|
| Deadline to file any motion(s) to dismiss | April 5, 2011 |
| Plaintiff's opposition | April 15, 2011 |
| Defendant's reply | April 25, 2011 |
| Hearing on motion(s) to dismiss | **May 12, 2011 at 8:30 a.m.** |

|  | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |