1  David M. Birka-White (State Bar No. 85721)
   dbw@birka-white.com
2  Stephen Oroza (State Bar No. 84681)
   soroza@birka-white.com
3  Mindy M. Wong (State Bar No. 267820)
   mwong@birka-white.com
4  BIRKA-WHITE LAW OFFICES
   65 Oak Court
5  Danville, CA  94526
   Telephone:  (925) 362-9999
6  Facsimile:  (925) 362-9970

7  William R. Friedrich (State Bar No. 44731)
   wfriedrich@fbm.com
8  John D. Green (State Bar No. 121498)
   jgreen@fbm.com
9  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, Suite 1700
10 San Francisco, CA 94104
   Telephone:  (415) 954-4400
11 Facsimile:  (415) 954-4480

12 Attorneys for Individual and Representative
   Plaintiff CAMBRIDGE LANE, LLC.
13

14            **UNITED STATES DISTRICT COURT**

15        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16                   **WESTERN DIVISION**

| | |
|---|---|
| 17 CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated, | Case No. CV 10-06638-GW(PJWx) |
| 18 | **ORDER RE STIPULATION TO CONTINUE HEARING DATE TO DECEMBER 5, 2013** |
| 19 | |
| 20          Plaintiff, | *The Honorable George Wu* |
| 21 v. | Current Date:  December 2, 2013 |
| 22 J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive, | Time:              8:30 a.m. |
| 23 | Courtroom:     10 |
| 24 | Action Filed:  September 7, 2010 |
| 25          Defendants. | |

26

27

28

1    Upon the stipulation of the parties, and for good cause shown, IT IS

2    HEREBY ORDERED THAT:

3    The hearing previously scheduled for December 2, 2013 at 8:30 a.m. is

4    continued to **December 5, 2013 at 8:30 a.m.**

5    IT IS SO ORDERED.

6    Dated:  November 5, 2013

7    _____
     Honorable George H. Wu
8    United States District Judge

9    25994\3934087.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE