David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
Stephen Oroza (State Bar No. 84681)
soroza@birka-white.com
Mindy M. Wong (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA  94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

William R. Friedrich (State Bar No. 44731)
wfriedrich@fbm.com
John D. Green (State Bar No. 121498)
jgreen@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Individual and Representative
Plaintiff CAMBRIDGE LANE, LLC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-06638 GW (PJWx)<br><br>**PLAINTIFF'S SUPPLEMENT TO FURTHER BRIEFING REGARDING STATE-LAW ISSUES**<br><br>*The Honorable George Wu*<br><br>Action Filed:   September 7, 2010 |

Plaintiff Cambridge Lane, LLC files this supplement to identify the page cites referred to in its portion of the Further Briefing Regarding State Law Issues filed on November 22, 2013 by Defendant J-M Manufacturing Company, Inc. ("Defendant") (Document No. 227). These page cites could not be included in the draft Plaintiff transmitted to Defendant because they could not be determined until Defendant added its reply sections. Plaintiff was not provided with a draft of the final version of the document into which these citations could be inserted before it was filed.

<u>Page Citations</u>

Page 32, line 5: "*Infra* at 34-36."

Page 49, line 7: "*Infra* at 39-43."

Footnote 25: "Attachment A to *Plaintiff's Objections* at 15-16."

Footnote 26: "*See also* Attachment A to *Plaintiff's Objections* at 3-7."

Dated: November 25, 2013         FARELLA BRAUN + MARTEL LLP

                                 By:   /s/ John D. Green
                                       John D. Green

                                 *Attorneys for Individual and Representative Plaintiff* CAMBRIDGE LANE, LLC

---

1

Case No. CV10-06638-GW (PJWx)
PLAINTIFF'S SUPPLEMENT TO FURTHER BRIEFING REGARDING STATE-LAW ISSUES

25994\3967914.1