UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6638-GW(VBKx) | Date | December 12, 2013 |
|---|---|---|---|
| Title | *Cambridge Lane, LLC v. J-M Manufacturing Company, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Pat Cuneo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Oroza - by telephone<br>John D. Green - by telephone | Thomas V. Reichart |

**PROCEEDINGS:**  **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [15]**

Court hears argument regarding state-law issues involving multiple states.  Defendant will provide to Plaintiff further materials as indicated on the record by January 23, 2014.  Joint Document will be filed by January 31, 2014.  Plaintiff's Motion is continued to **February 10, 2014 at 8:30 a.m.**

|  | 1 | : | 55 |
|---|---|---|---|
| Initials of Preparer | JG | | |