| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY DUE DATE: |
|---|---|

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

| 1. NAME Thomas V. Reichert | 2. PHONE NUMBER (310) 201-2100 | 3. DATE Jan 10, 2014 |
|---|---|---|

| 4. FIRM NAME:  Bird, Marella, Boxer, Wolpert, et al. | 5. E-MAIL ADDRESS:     tvr@birdmarella.com |
|---|---|

| 6. MAILING ADDRESS 1875 Century Park East, 23rd Floor | 7. CITY Los Angeles | 8. STATE CA | 9. ZIP CODE 90067 |
|---|---|---|---|

| 10. CASE NUMBER 2:10-cv-006638 | 11. CASE NAME Cambridge Lane, LLC v. J-M Manufacturing, Inc. | 12. JUDGE George H. Wu |
|---|---|---|

13. APPEAL CASE NUMBER   14. ORDER FOR   ☐ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☑ OTHER  Status Conference

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Dec 12, 2013 | Pat Cuneo | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY):  Status Conference |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☑ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges
(deposit plus additional).

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

17. DATE:    Jan 10, 2014

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE:   /s/ Thomas V. Reichert

Month:          Day:          Year:

G-120 (09/12)