Ekwan E. Rhow - State Bar No. 174604
  eer@birdmarella.com
Paul S. Chan - State Bar No. 183406
  psc@birdmarella.com
Thomas V. Reichert - State Bar No. 171299
  psc@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
J-M Manufacturing Company, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>J-M MANUFACTURING COMPANY, INC., a Delaware corporation, d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>             Defendants. | CASE NO. CV 10-06638-GW (PJWx)<br><br>**Stipulation to Extend Time and Hearing Date Based On Personal Circumstances; Declaration of Thomas V. Reichert** |

Plaintiff Cambridge Lane, LLC and Defendant J-M Manufacturing Co., Inc. hereby enter into a stipulation to continue the briefing and hearing dates based on the following facts.

1)      The Court held a further hearing on class certification issues in this matter on December 12, 2013.

2)      At the hearing, the Court set forth two follow-on deadlines for the parties:  January 23, 2014 for J-M to provide certain information regarding state law

3078885.1

1 variations issues to Plaintiff; and January 31, 2014 for the parties to file a joint

2 document with the Court.  The Court set a further hearing date for February 10,

3 2014.

4    3)    As stated in the attached Declaration of Thomas V. Reichert, counsel

5 for Defendant J-M has a personal situation that has required his presence out of the

6 office and has delayed him from attending to these matters;

7    4)    Counsel for J-M has requested, and counsel for Cambridge Lane has

8 graciously agreed to, a brief continuance of the deadlines based on these personal

9 matters.

10    WHEREFORE, the parties hereby STIPULATE that:

11    1.    J-M shall supply the specified materials to Plaintiff not later than

12 February 3, 2014;

13    2.    The parties shall file their joint documents as specified not later than

14 February 11, 2014; and

15    3.    The hearing date shall be continued until Thursday, February 20, 2014,

16 or such a later date as is convenient for the Court.

17    IT IS SO STIPULATED.

18

19 DATED:  January 22, 2014        David Birka-White

20                    Stephen Oroza

21                    Mindy M. Wong

22                    BIRKA-WHITE LAW OFFICES

23                    John D. Green

                    FARELLA BRAUN & MARTEL LLP

24

25                    By:    _/s/John D. Green_____

26                         John D. Green

27                    Attorneys for Plaintiff

                    Cambridge Lane, LLC

28

1

DATED:  January 22, 2014

Ekwan E. Rhow
Paul S. Chan
Thomas V. Reichert
BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.

2

3

4

5

6

By:   /s/Thomas V. Reichert

7

Thomas V. Reichert
Attorneys for Defendant
J-M Manufacturing Company, Inc.

8

9

10

11          Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), I, Thomas V. Reichert, attest that all

12   signatories listed, on whose behalf this filing is submitted, concur in its content and

13   authorize its filing.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION

**DECLARATION OF THOMAS V. REICHERT**

I, Thomas V. Reichert, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, A Professional Corporation, attorneys of record for J-M Manufacturing Co., Inc. in this action.  I make this declaration in support of the joint Stipulation to Extend Time and Hearing Date Based On Personal Circumstances.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      I am asking the Court for this extension of time for a very personal reason. On December 3, 2013, one of my very closest friends of many years, Jeff Coleman, was admitted to the hospital following a call to 911 and diagnosed with pneumonia in both lungs and sepsis, a full-body infection.  Since being admitted, he has been in the Intensive Care Unit continuously through today.  After his admission, he developed a rare complication from pneumonia called Acute Respiratory Distress Syndrome, which involves an inflammation of the lung tissue and, often, extensive lung scarring.  A week after he was admitted, he was placed on a ventilator and under sedation to keep him unconscious.

3.      On Monday, January 13, 2014, he "coded" twice, meaning that he went into cardiac arrest.  I was called to the hospital after being told it was only a matter of time before he died.  Thankfully, the medical team was able to stabilize his situation; however, he remains unconscious (although all sedation has been removed) and it is unclear where this is going; as I write, his situation is worse today than it was yesterday.  It is truly a roller-coaster ride.  His pulmonologist has indicated that, if he survives, he has a 20% chance of being weaned off a ventilator due to the lung scarring from the ARDS.  He is 56 years old.

4.      I have been involved in this situation from the outset.  Jeff is unmarried and an only child, and he is one of my very best friends.  I have spent a large amount of time at

the hospital, and a large amount of time outside the hospital trying to deal with his personal and financial affairs; currently I am working on having a conservator appointed to attend to his health and business affairs, since our initial optimism regarding recovery has not been borne out by subsequent events.

5. As the Court is aware, I am also the primary attorney handling the class cert issues on behalf of J-M. My personal obligations have affected my time and my focus in preparing the briefing detailed by the Court at our prior hearing in December 2013. In light of the emergency matters last week, I had to move the brief deadline in another class action matter I am handling to this coming Friday, which has created a timing collision with regard to that case and this one. I have asked the other counsel in this case for the kindness of an extension of the briefing schedule by approximately ten days in light of these personal circumstances, and they have graciously agreed. I respectfully ask the Court to enter the accompanying order on the parties' stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on January 22, 2014, at Los Angeles, California.

/s/     Thomas V. Reichert
Thomas V. Reichert