# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-6638-GW(VBKx) | Date | May 22, 2014 |
|---|---|---|---|
| Title | *Cambridge Lane, LLC v. J-M Manufacturing Company, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Oroza | Thomas V. Reichart |
| John D. Green | |

**PROCEEDINGS:    PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [15]**

Court and counsel confer.  For reasons stated on the record, Plaintiff's motion is continued to **June 5, 2014 at 8:30am.**  Supplemental brief will be filed by noon on May 30, 2014.

| | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |