1   David M. Birka-White (State Bar No. 85721)
    dbw@birka-white.com
2   Stephen Oroza (State Bar No. 84681)
    soroza@birka-white.com
3   Mindy M. Wong (State Bar No. 267820)
    mwong@birka-white.com
4   BIRKA-WHITE LAW OFFICES
    65 Oak Court
5   Danville, CA  94526
    Telephone:  (925) 362-9999
6   Facsimile:  (925) 362-9970

7   William R. Friedrich (State Bar No. 44731)
    wfriedrich@fbm.com
8   John D. Green (State Bar No. 121498)
    jgreen@fbm.com
9   FARELLA BRAUN & MARTEL LLP
    235 Montgomery Street, Suite 1700
10  San Francisco, CA 94104
    Telephone:  (415) 954-4400
11  Facsimile:  (415) 954-4480

12  Attorneys for Individual and Representative
    Plaintiff CAMBRIDGE LANE, LLC.
13

14              **UNITED STATES DISTRICT COURT**

15          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16                     **WESTERN DIVISION**

17  CAMBRIDGE LANE, LLC, a                   Case No. CV 10-06638 GW (PJWx)
    California limited liability company, on
18  behalf of itself and all others similarly   **STIPULATION REGARDING**
    situated,                                 **SCHEDULE FOR CLASS**
19                                            **CERTIFICATION BRIEFING**
                        Plaintiff,
20                                            *The Honorable George Wu*
    v.
21                                            Action Filed:  September 7, 2010
    J-M MANUFACTURING
22  COMPANY, INC., a Delaware
    corporation d/b/a J-M PIPE
23  MANUFACTURING COMPANY, and
    DOES 1-10, inclusive,
24
                        Defendants.
25

26

27

28

1       Pursuant to Central District Civil Local Rules 7-1 and 52-4.1, Individual and

2   Representative Plaintiff Cambridge Lane, LLC ("Plaintiff") and Defendant J-M

3   Manufacturing Company, Inc. ("Defendant"), by and through their counsel, hereby

4   stipulate and agree as follows:

5       WHEREAS, the Court held a further hearing on class certification issues in

6   this matter on June 5, 2014, and ordered the parties to meet and confer regarding

7   Plaintiff's renewed motion for class certification;

8       WHEREAS, the parties have met and conferred and Plaintiff has suggested

9   that Plaintiff file its opening brief approximately sixty (60) days after the trial

10   record in the related *qui tam* action is made available to Plaintiff.  Defendant's

11   opposition brief would be due four weeks thereafter  and Plaintiff's reply brief

12   would be due three weeks after the opposition brief is filed.  The hearing  on

13   Plaintiff's renewed motion for class certification would be set at the convenience of

14   the Court; and

15       WHEREAS, on Monday, July 14, 2014, Defendant provided Plaintiff with

16   the trial record from *United States of America, et al. v. J-M Manufacturing*

17   *Company, Inc.*, Case No. 5:06-cv-00055-GW-PJW.

18       WHEREFORE, the parties hereby stipulate that:

19       1.    Plaintiff shall file its opening brief on Friday, September 12, 2014;

20       2.    Defendant shall file its opposition brief on Friday, October 10, 2014;

21       3.    Plaintiff's reply brief shall be due on Friday, October 31, 2014; and

22       4.    The hearing on Plaintiff's motion for class certification shall be set for

23   November 17, 2014, or such other time as is convenient for the Court.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION BRIEFING

1  IT IS SO STIPULATED.

2  Dated:  July 29, 2014                FARELLA BRAUN + MARTEL LLP

3

4                                       By:   /s/ John D. Green
5                                             John D. Green

6                                       *Attorneys for Individual and Representative*
                                        *Plaintiff* CAMBRIDGE LANE, LLC
7
   Dated:  July 29, 2014                IRD MARELLA BOXER WOLPERT NESSIM
8                                       DROOKS LINCENBERG & RHOW, P.C.

9

10

11                                      By:  /s/ Thomas V. Reichert
                                             Thomas V. Reichert
12
                                        Attorneys for Defendant
13                                      J-M MANUFACTURING COMPANY, INC., a
                                        Delaware corporation d/b/a J-M PIPE
14                                      MANUFACTURING COMPANY

15  25994\4478462.2

16                        <u>**CERTIFICATION**</u>

17        Pursuant to Civil Local Rule 5–4.3.4(a)(2)(i), John D. Green, the ECF User

18  whose identification and password are being used to file the foregoing

19  STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION

20  BRIEFING, attests that all other signatories listed, and on whose behalf the filing is

21  submitted, concur in the filing's content and have authorized the filing.

22  Dated:  July 29, 2014                */s/ John D. Green*
                                         JOHN D. GREEN
23

24

25

26

27
   25994\4478462.2
28

STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION BRIEFING