1  David M. Birka-White (State Bar No. 85721)
   dbw@birka-white.com
2  Stephen Oroza (State Bar No. 84681)
   soroza@birka-white.com
3  Mindy M. Wong (State Bar No. 267820)
   mwong@birka-white.com
4  BIRKA-WHITE LAW OFFICES
   65 Oak Court
5  Danville, CA  94526
   Telephone:  (925) 362-9999
6  Facsimile:  (925) 362-9970

7  William R. Friedrich (State Bar No. 44731)
   wfriedrich@fbm.com
8  John D. Green (State Bar No. 121498)
   jgreen@fbm.com
9  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, Suite 1700
10 San Francisco, CA 94104
   Telephone:  (415) 954-4400
11 Facsimile:  (415) 954-4480

12 Attorneys for Individual and Representative
   Plaintiff CAMBRIDGE LANE, LLC.
13

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-06638 GW (PJWx)<br><br>**NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF MODIFIED CLASS**<br><br>*Hon. George H. Wu*<br><br>Date:  November 17, 2014<br>Time:  8:30 a.m.<br>Courtroom:  10<br><br>Action Filed:  September 7, 2010<br><br>Discovery Cutoff: None<br>Pre-Trial Conference Date: None<br>Trial Date: None |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF MOTION AND MOTION FOR
CERTIFICATION OF MODIFIED CLASS
CASE NO. CV 10-06638 GW (PJWX)

25994\4550776.1

TO DEFENDANT J-M MANUFACTURING COMPANY, INC. AND ITS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on November 17, 2014, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom of the Honorable George Wu, United States District Judge, Plaintiff Cambridge Lane, LLC ("Plaintiff") will, and hereby does, move the Court for an order certifying for class treatment the issues specified below for the following Class and Subclasses. The members of the proposed Class and Subclasses are as follows:

> All persons and entities in the states listed below who own installed PVC pipe manufactured by J-M under the brand names listed in Exhibit "1" hereto which was purchased by such persons or entities, or their agents, between January 1, 1997 and the present. The Class includes governmental entities (such as municipal water districts) who own such pipe as a result of transfers from third parties in connection with the development of real property under the jurisdiction of such governmental entities. Excluded from the Class are the United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the political subdivisions and public water and sewer agencies thereof.

**The Class**: Owners of J-M pipe in thirty-one states:  Alabama, Arizona, California, Colorado, Florida, Georgia, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Texas, Utah, Washington, Wisconsin.

**Subclass 1 (Negligent Misrepresentation):** Class members in all states.

**Subclass 2 (Express Warranty)**:   Class members in all states.

**Subclass 2A**:  Class members in twenty-three states:  Alabama , California, Colorado, Georgia, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Missouri, Montana, Nevada, New Mexico, North Carolina, Oregon, Pennsylvania, South Carolina, Texas, Utah, Washington,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF MOTION AND MOTION FOR
CERTIFICATION OF MODIFIED CLASS
CASE NO. CV 10-06638 GW (PJWX)

- 1 -

25994\4550776.1

Wisconsin.

**Subclass 2B**: Class members in eight states: Arizona, Florida, Mississippi, Nebraska, New Jersey, Ohio, Oklahoma, South Dakota.

**Subclass 3 (Common Law Fraud):** Class members in all states.

**Subclass 3A**: Class members in eight states: Alabama, California, Georgia, Louisiana, Montana, North Carolina, South Dakota, Texas.

**Subclass 3B**: Class members in twenty-three states : Arizona, Colorado, Florida, Iowa, Kansas, Kentucky, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nevada, New Jersey, New Mexico, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Utah, Nebraska, Washington, Wisconsin.

**Subclass 4 (Consumer Fraud)**: Class members in California, Arizona and Nebraska.  Plaintiff will seek monetary relief and an injunction against representing compliance with applicable standards.

The scope of the issues to be decided for or against the Class in this action will be limited to the following:

1. The falsity of J-M's representations concerning compliance with applicable standards relating to PVC pipe, including omissions to disclose facts J-M was required to disclose;

2. The materiality of each such representation or omission to purchasers of J-M pipe;

3. Whether the representations by J-M concerning compliance with applicable standards were part of the basis of the bargain for the Class

4. J-M's state of mind relating to each such representation (scienter, *i.e.*, negligence, intent to deceive or recklessness);

5. Reliance by purchasers of J-M pipe on the representations and omissions by J-M;

6. The difference between the value of the pipe as represented by J-M

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF MODIFIED CLASS
CASE NO. CV 10-06638 GW (PJWX)

- 2 -

25994\4550776.1

and as delivered to Class members; and

7. The entitlement of Class members to punitive damages.

No other issues will decided in this action, including issues related to claims for consequential damages arising from the failure of the pipe. Neither J-M nor Class members will be precluded from litigating any issue not decided or asserting any claim not fully resolved in this action.

Plaintiff will, and hereby does, also move the Court for an order designating Plaintiff Cambridge Lane, LLC as Class Representative and appointing Birka-White Law Offices and Farella Braun + Martel LLP as Class Counsel.

This motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure and is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Richard Geoffroy, John D. Green and Dr. Neil S. Grigg, [Proposed] Order Granting Certification of Modified Class, the Request for Judicial Notice, and the [Proposed] Order Granting Request for Judicial Notice filed herewith, the pleadings on file in this action and upon such further evidence and argument as may be presented prior to or at the hearing on this motion.

This motion is made following conferences of counsel pursuant to L.R. 7-3, which took place on November 15, 2010 and December 21, 2011 and at various court-ordered conferences of counsel related to multi-state class issues between March 2013 and May 2014.

Dated: September 12, 2014          BIRKA-WHITE LAW OFFICES


                                   By: /s/ *Stephen Oroza*
                                        Stephen Oroza

                                   *Attorneys for Individual and Representative Plaintiff* CAMBRIDGE LANE, LLC,
                                   a California limited liability company

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF MOTION AND MOTION FOR
CERTIFICATION OF MODIFIED CLASS
CASE NO. CV 10-06638 GW (PJWX)

- 3 -

25994\4550776.1