UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-6638-GW-PJWx<br><br>*The Honorable George Wu*<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS; GRANTING DEFENDANT'S MOTION TO STRIKE**<br><br>Action Filed:   September 7, 2010 |

Presently before the Court is Defendant J-M Manufacturing Company, Inc.'s October 1, 2021 Motion to Dismiss Plaintiff's Sixth Amended Complaint (ECF No. 476) with respect to Plaintiff's prayer for injunctive relief. On October 28, 2021, Plaintiff Cambridge Lane, LLC filed a Statement of Non-Opposition to Defendant's Motion.

Upon motion of the Defendant and non-opposition of the Plaintiff, and pursuant to Fed. R. Civ. P. 12(f), IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss, filed October 1, 2021, construed as a Motion to Strike Plaintiff's prayer for prospective injunctive relief from its Sixth Amended Complaint, is GRANTED, and ¶ 167 at 45:22-25 and Prayer for Relief ¶ 2(a-b) at 51:23-52:5 are stricken from the complaint;
2. Defendant file its answer to the Sixth Amended Complaint within 21 days from the date of this Order; and
3. The parties submit a joint proposed class certification briefing schedule by November 12, 2021.

**IT IS SO ORDERED.**

DATE:  November 2, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Case No. CV10-06638-GW (PJWx)
[PROPOSED] ORDER REGARDING DEADLINE TO RESPOND TO SIXTH AMENDED COMPLAINT AND RESET SCHEDULE FOR CLASS CERTIFICATION

25994\