UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6638-GW-MARx | Date | March 5, 2025 |
|---|---|---|---|
| Title | *Cambridge Lane, LLC v. J-M Manufacturing Co., Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [660] was filed on March 4, 2025. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for May 8, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on May 6, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |