JS-6

1  David M. Birka-White (State Bar No. 85721)
   dbw@birka-white.com
2  BIRKA-WHITE LAW OFFICES
   178 East Prospect Avenue
3  Danville, California 94526
   Telephone: (925) 362-9999
4  Facsimile: (925) 362-9970

5  John D. Green (State Bar No. 121498)
   jgreen@fbm.com
6  Karen P. Kimmey (State Bar No. 173284)
   kkimmey@fbm.com
7  Cynthia A. Castillo (State Bar No. 316026)
   ccastillo@fbm.com
8  Vanessa K. Ing (State Bar No. 329577)
   ving@fbm.com
9  FARELLA BRAUN & MARTEL LLP
   One Bush Street, Suite 900
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480

12 Attorneys for Plaintiff
   CAMBRIDGE LANE, LLC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRIDGE LANE, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a J-M PIPE MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-6638-GW-MARx<br><br>*The Honorable George Wu*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 7, 2010 |

1    Case No. CV 10-06638-GW (MARx)
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

# ORDER OF DISMISSAL

Pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Court vacates the Order to Show Cause hearing scheduled for May 8, 2025. The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: March 14, 2025

_____
HONORABLE GEORGE H. WU
United States District Judge